[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 18, 2010
JOHN LEY
CLERK

No. 10-11598
Non-Argument Calendar
_____

D. C. Docket No. 1:08-md-01928-DMM

NINA ROBERTS,

Consolidated Plaintiff-Appellant,

versus

BAYER HEALTHCARE,
BAYER AG, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 18, 2010)

Before TJOFLAT, CARNES and FAY, Circuit Judges.

PER CURIAM:

The summary judgment granted in favor of the appellees is affirmed for the reasons set forth in the Order Granting Motion for Summary Judgment entered by the district court on March 5, 2010.

AFFIRMED.